```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYCE BABSON et al.,

                Plaintiffs,

       -against-                      1:20-cv-02370-MKV

BOUCHARD TRANSPORTATION CO, INC. et al.,                     ORDER

                Defendants.

MARY KAY VYSKOCIL, United States District Judge:

      While nothing has been filed in this case, it has come to the Court's attention that certain Defendants in this action have filed a Petition for Bankruptcy in the Southern District of Texas (Case No. 20-34682). Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint letter on or before October 6, 2020, addressing the impact of the bankruptcy filing on this case, to which entities the automatic stay extends, whether any motions for stay relief with respect to this case have been filed in the bankruptcy case, and how the parties intend to proceed in this action as a result of the bankruptcy filing.

**SO ORDERED.**

Date:  **October 2, 2020**                                  _____
       **New York, NY**                              **MARY KAY VYSKOCIL**
                                                        **United States District Judge**