```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYCE BABSON et al.,

                Plaintiffs,

      -against-

BOUCHARD TRANSPORTATION CO, INC. et al.,

                Defendants.

1:20-cv-02370-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On October 16, 2020, the Court issued an order staying this matter pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. § 362, by reason of the filing of the bankruptcy petitions in the U.S. Bankruptcy Court in the Southern District of Texas under Case No.: 20-34682. [ECF No. 71]. The Court directed Defendants to "file a report on the status of the Bankruptcy Case on or before January 31, 2021, and every three months thereafter[.]" [ECF No. 71]. Defendants' last status letter was filed on July 30, 2021. [ECF No. 74].

      Defendants are directed to file a report on the status of the Bankruptcy Case on or before November 5, 2021 in compliance with the Court's Order dated October 16, 2020. [ECF No. 71].

**SO ORDERED.**

Date:  **November 1, 2021**
       **New York, NY**

                                  _____
                                  **MARY KAY VYSKOCIL**
                                  **United States District Judge**