HOFMANN & SCHWEITZERR
*Attorneys for Plaintiffs*
212 West 35th Street, 12th Floor
New York, NY 10001
Tel: 212-465-8840

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
BRYCE BABSON, TREVOR BRANDT,
JAMES BUTLER, JESTER CASTRO, ROLAND HICKS,
CHRISTOPHER KRUSE, ROBERT LALENA,
CHARLES LEWIS, MICHAEL T. SMALDONE,
GARRET STRYZS and CHRISTOPHER RESSLER[1],
On Behalf of Themselves and All Others Similarity Situated,

                Plaintiffs,        Civil Action 1:20-cv-02370 (MKV)

    -against-

BOUCHARD TRANSPORTATION CO., INC.,
B. NO. 205 CORP., B. NO. 210 CORP.,
B. NO. 215 CORP., B. NO. 220 CORP.,
et al.
                Defendants.
------------------------------------------------------------------------------x

**NOTICE OF UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that upon the affirmation of Paul T. Hofmann with exhibits annexed thereto, the plaintiffs herein do move the Court for an order approving the settlement of the claims made herein.

Be advised that a companion unopposed motion for similar relief is being filed on this date in the action entitled *Bailey, et al. v. Bouchard Transportation Co., Inc., et al.*, 20 CV 01270 (SDA).

Dated: New York, New York         HOFMANN & SCHWEITZER
      October 24, 2024

                                      By:_____
                                        Paul T. Hofmann (PH1356)
                                        Attorneys for Plaintiff
                                        212 W. 35st Street, 12th Floor
                                        New York, N.Y. 10001
                                        (212) 465-8840 Fax: 212-465-8849
                                        paulhofmann@hofmannlawfirm.com

---

[1] Christopher Ressler voluntarily discontinued his claim in this action and is not a participant in the settlement which is the subject matter of the within order.