HOFMANN & SCHWEITZER
*Attorneys for Plaintiffs*
212 West 35th Street, 12th Floor
New York, NY 10001
Tel: 212-465-8840

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
BRYCE BABSON, TREVOR BRANDT,
JAMES BUTLER, JESTER CASTRO, ROLAND HICKS,
CHRISTOPHER KRUSE, ROBERT LALENA,
CHARLES LEWIS, MICHAEL T. SMALDONE,
GARRET STRYZS and CHRISTOPHER RESSLER[1],
On Behalf of Themselves and All Others Similarity Situated,

       Plaintiffs,   Civil Action 1:20-cv-02370 (MKV)

  -against-

BOUCHARD TRANSPORTATION CO., INC.,
B. NO. 205 CORP., B. NO. 210 CORP.,
B. NO. 215 CORP., B. NO. 220 CORP.,
et al.
       Defendants.
-----------------------------------------------------------------------------x

**NOTICE OF UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that upon the affirmation of Paul T. Hofmann with exhibits annexed thereto, the plaintiffs herein do move the Court for an order approving the settlement of the claims made herein. Said motion shall be heard at the court's earliest convenience.

Should the court desire, Plaintiff's counsel will appear for a hearing to discuss the application.

Dated: New York, New York   HOFMANN & SCHWEITZER
   March 12, 2025

           By:_____
            Paul T. Hofmann (PH1356)
            *Attorneys for Plaintiffs*
            212 West 35th Street, 12th Floor
            New York, N.Y. 10001
            Tel: (212) 465-8840 Fax: 212-465-8849
            paulhofmann@hofmannlawfirm.com

---

[1] Christopher Ressler voluntarily discontinued his claim in this action and is not a participant in the settlement which is the subject matter of the within order.